IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO CHOW, | No. C 12-02280 CW |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE UPON CONSENT AND SETTING CERTAIN CASE MANAGEMENT DATES |
| v. | |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC., | |
| Defendant. | |

On August 8, 2012, a case management conference was held in the above-captioned case. Darci Burrell appeared for Plaintiff. Donald Samuels and Tracy Talbot appeared for Defendant. On August 17, 2012, both parties consented to proceed before a United States Magistrate Judge and executed a consent form. Accordingly,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge Cousins to be heard and considered at the convenience of his calendar. Counsel shall contact Lili Harrell, Magistrate Judge Courtroom Deputy at (415) 522-2039 to set up a telephonic status conference to confirm dates. Magistrate Judge Cousins will set a trial date on or about 10/7/2013.

IT IS FURTHER ORDERED that the following case management dates are set:

Completion of discovery other than from experts: 3/31/2013

Disclosure of identities and reports of expert witnesses: 7/28/2013

Completion of discovery from experts: 8/26/2013

All motions directed to the merits of the case noticed for hearing no later than: 6/27/2013

Dated: 8/21/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef; NC