1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

## SAN FRANCISCO DIVISION

11

12

13

14

15

16

17

| | |
|---|---|
| RICARDO CHOW,<br><br>                     Plaintiff,<br><br>          v.<br><br>IRON MOUNTAIN INFORMATION<br>MANAGEMENT, INC.,<br><br>                    Defendant. | Case No. 12-cv-02280 NC<br><br>**ORDER OF CONDITIONAL<br>DISMISSAL**<br><br>Re: Dkt. No. 33 |

18      The Court having been notified of the settlement of this action, and it appearing that

19 no issue remains for the Court's determination,

20      IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

21 DISMISSED with prejudice.  In the event that the settlement is not reached, any party may

22 move to reopen the case and the trial will be rescheduled, provided that such motion is filed

23 within 60 days of this order.  All scheduled dates, including the trial and pretrial dates, are

24 VACATED.

25      IT IS SO ORDERED.

26      Date: May 7, 2013

27                                    Nathanael M. Cousins
                                       United States Magistrate Judge

28

Case No. 12-cv-02280 NC
ORDER OF CONDITIONAL
DISMISSAL